# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### CIVIL CASE NO. 1:20-cv-00244-MR

| | | |
|---|---|---|
| **MARQUIS DECHANE HARRISON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **BRANDON NICHOLSON,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on *sua sponte* review of the Complaint [Doc. 1].

*Pro se* incarcerated Plaintiff filed this civil rights action pursuant to 42 U.S.C. § 1983, complaining about an excessive force incident that allegedly occurred at the Henderson County Jail. [Doc. 1].[1] He has filed an Application to proceed *in forma pauperis*. [Doc. 2].

Plaintiff's Complaint appears to be incomplete as it is missing Page 4 of 10. Before the Court conducts its frivolity review, Plaintiff will be granted the opportunity to correct this defect. The Court will allow Plaintiff thirty (30) days in which to file the missing page or amend the Complaint, if he so

---

[1] This action was transferred to this Court from the Eastern District of North Carolina. [See Docs. 3-4].

chooses. Should Plaintiff fail to timely supply the Court with the missing page or amend the Complaint, the Court will proceed with initial review of the Complaint as it was originally filed.

**IT IS, THEREFORE, ORDERED** that Plaintiff shall have thirty (30) days in which to file the missing page of the Complaint or amend his Complaint in accordance with the terms of this Order. If Plaintiff fails to do so, the Court will proceed with its frivolity review of the Complaint [Doc. 1] as it was originally filed.

**IT IS FURTHER ORDERED** that the Clerk is instructed to mail Plaintiff a blank prisoner § 1983 complaint form along with a copy of this Order.

**IT IS SO ORDERED**. Signed: September 10, 2020

Martin Reidinger
Chief United States District Judge

2